IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

NICHOLAS EDWARD BECHTOL,

           **Plaintiff,**

v.                                           No. 23-CV-254-JFH-GLJ

**CARTER COUNTY, et al.,**

           **Defendants.**

## OPINION AND ORDER

Plaintiff Nicholas Edward Bechtol ("Plaintiff") filed a "supplement" to his complaint [Dkt. No. 9] and a motion to amend the complaint [Dkt. No. 10]. However, he did not submit a proposed amended complaint, as required by Local Civil Rule 9.2(c). Therefore, the supplement and the motion to amend complaint are denied. Plaintiff may submit a new motion to amend the complaint with a proper proposed amended complaint on the Court's form.

An amended complaint completely replaces the original complaint and renders the original complaint or any proposed supplement of no legal effect. *See Miller v. Glanz*, 948 F.2d 1562, 1565 (10th Cir. 1991); *Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990). *See also* Local Civil Rule 9.2(c). The amended complaint must include all claims and supporting material to be considered by the Court. *Id.* It must be complete in itself, including exhibits, and may not reference or attempt to incorporate material from the original complaint or exhibits. *Id.* Pursuant to Local Civil Rule 5.2(a), the amended complaint must be clearly legible, only one side of the paper may be used, and additional sheets of paper shall have margins of no less than one (1) inch on the top, bottom, and sides. The Court Clerk is directed to send Plaintiff a form for filing an amended complaint.

IT IS THEREFORE ORDERED that Plaintiff's supplement to the complaint [Dkt. No. 9] and his motion to amend the complaint [Dkt. No. 10] are denied. By November 24, 2023, Plaintiff must file a new motion to amend the complaint with a proposed amended complaint on the Court's form as directed in this Opinion and Order. The Court Clerk is directed to send Plaintiff a copy of the form for filing an amended civil rights complaint in this Court. Failure to comply with this Opinion and Order will result in dismissal of this action without further notice.

Dated this 6th day of November 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE